IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES ANDERSON,

    Petitioner,

  v.                                        Case No. 21-cv-359-bbc

ANN MORAN, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case without prejudice.

| /s/ | 8/18/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |